

# United States District Court
# Eastern District of California

| MIGUEL ANGEL DURON, JR., an individual, et al. | Case Number: 2:22-CV-01195-JAM-KJN |

Plaintiff(s)

V.

| NATIONWIDE MUTUAL INSURANCE COMPANY, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Uchenna Ekuma-Nkama** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Nationwide Mutual Insurance Company**

On **04/16/2012** (date), I was admitted to practice and presently in good standing in the **U.S.D.C. for the Northern District of GA** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **01/26/2024**            Signature of Applicant: /s/ **Uchenna Ekuma-Nkama**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Uchenna Ekuma-Nkama |
| Law Firm Name: | Dentons US LLP |
| Address: | 303 Peachtree St., NE, Suite 5300 |
| City: | Atlanta   State: GA   Zip: 30308 |
| Phone Number w/Area Code: | (404) 527-4000 |
| City and State of Residence: | Atlanta, GA |
| Primary E-mail Address: | uchenna.ekuma-nkama@dentons.com |
| Secondary E-mail Address: | pam.matthews@dentons.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Sonia Martin |
| Law Firm Name: | Dentons US LLP |
| Address: | 1999 Harrison Street |
| | Suite 1300 |
| City: | Oakland   State: CA   Zip: 94612 |
| Phone Number w/Area Code: | (415) 882-2476   Bar #: 191148 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 29, 2024              /s/ John A. Mendez
                                                            JUDGE, U.S. DISTRICT COURT