**DENTONS US LLP**
SONIA R. MARTIN (State Bar No. 191148)
sonia.martin@dentons.com
JOSEPH ADAMS (State Bar No. 194964)
joseph.adams@dentons.com
DOMINICK M. JAFFE (State Bar No. 347898)
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300

Attorneys for Defendant
Nationwide Mutual Insurance Company

**LAW OFFICES OF JEROME A. CLAY**
JEROME A. CLAY
jclay7@claylaw.net
5250 Claremont Ave Ste 221
Stockton, CA 95207
Telephone:  (209) 603-9852
Facsimile:   (510) 280-2841

Attorneys for Plaintiffs
Miguel Angel Duron Jr. and Miggy's Trucking Delivery Service LLC

## UNITED STATE DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MIGUEL ANGEL DURON, JR., an individual; and MIGGY'S TRUCKING DELIVERY SERVICE LLC, a dissolved limited liability company,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, an active Ohio corporation, and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No. 2:22-cv-01195-JAM-CSK<br><br>**STIPULATION AND ORDER EXTENDING THE DEADLINE FOR EXPERT DISCLOSURE**<br><br>Judge:           Hon. John A. Mendez<br>Trial Date:    July 14, 2025<br>Date Action Filed:    July 8, 2022 |

1

STIPULATION AND ORDER EXTENDING THE DEADLINE FOR EXPERT DISCLOSURE

Plaintiffs Miguel Angel Duron Jr., and Miggy's Trucking and Delivery Service, LLC, and defendants Nationwide Mutual Insurance Company through their undersigned counsel, stipulate as follows:

WHEREAS, the parties shall make expert witness disclosures by 10/11/2024;

WHEREAS, the parties shall make supplemental disclosures and disclosure of rebuttal experts by 10/25/2024; and

WHEREAS, the parties are in agreement that additional time to consider experts would be beneficial to the parties and ensure smooth pre-trial discovery.

NOW, THEREFORE, IT IS STIPULATED AS FOLLOWS:

1. The deadline for expert witness disclosures shall be extended by thirty (30) days. The parties shall make expert witness disclosures by 11/11/2024.

2. The deadline for supplemental disclosure and disclosure of rebuttal experts shall be extended by thirty (30) days. The parties shall make supplemental disclosures and disclosure of rebuttal experts by 11/25/2024.

**IT IS SO STIPULATED.**

//
//
//

| | | |
|---|---|---|
| 1 | Dated: September 27, 2024 | LAW OFFICES OF JEROME A. CLAY |
| 2 | | JEROME A. CLAY |

By: /s/ Jerome Clay
      Jerome A. Clay

Attorneys for Plaintiffs,
Miguel Angel Duron Jr. and
Miggy's Trucking and Delivery Service LLC

Dated: September 27, 2024    DENTONS US LLP
    DOMINICK M. JAFFE

By: /s/ Dominick Jaffe
      Dominick M. Jaffe

Attorneys for Defendants,
Nationwide Mutual Insurance Company

**ORDER**

The Court, having considered the Stipulation of the parties, and for good cause shown, hereby orders as follows:

1. The deadline for expert witness disclosures shall be extended by thirty (30) days. The parties shall make expert witness disclosures by **11/11/2024**.

2. The deadline for supplemental disclosure and disclosure of rebuttal experts shall be extended by thirty (30) days. The parties shall make supplemental disclosures and disclosure of rebuttal experts by **11/25/2024**.

3. All other dates and instructions contained in the February 21, 2024 Pretrial Scheduling Order (ECF No. 32) shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE