# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIGUEL ANGEL DURON JR. , ET AL. ,**<br><br>v.<br><br>**NATIONWIDE MUTUAL INSURANCE COMPANY ,** | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO: **2:22–CV–01195–JAM–CSK** |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/15/25 .**

ENTERED:  **May 15, 2025**          /s/  **Keith Holland**
                                                    Clerk of Court